UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHAMEL KING

                        Plaintiff,                  08 CV 0006 (LTS) (GWG)

  - against –                            CERTIFICATE OF SERVICE OF HON.
                                                  LAURA TAYLOR SWAIN'S MEMO
THE CITY OF NEW YORK, et al.,        ENDORSEMENT

                     Defendants.
------------------------------------------------------X

      I hereby certify that on January 29, 2008, a true and correct copy of the letter containing Honorable Laura Taylor Swain's Memo Endorsement dated January 22, 2008, was delivered as follows:

<u>By Facsimile (718) 624-4748:</u>
Izabel Olszowa Garcia, Esq.
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, NY 11242


DATED:    New York, New York
                 January 29, 2008

                                             _____
                                             Johana Castro (JC 1809)
                                             Assistant Corporation Counsel