UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

SHAMEL KING,

                                        Plaintiff,      **NOTICE OF APPEARANCE**

         -against-

THE CITY OF NEW YORK, et al.                        08 CV 0006 (LTS)(GWG)

                                      Defendants.

------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:   New York, New York
           January 29, 2008

                                                   MICHAEL A. CARDOZO
                                                   Corporation Counsel
                                                   of the City of New York
                                                   Attorney for Defendant City of New York
                                                   100 Church Street, Rm. 3-189
                                                   New York, New York 10007
                                                   (212) 788-0976

                                             By:    _____
                                                         Johana Castro (JC 1809)
                                                        Assistant Corporation Counsel
                                                        Special Federal Litigation Division

To:    BY ECF
        Izabel Olszowa Garcia, Esq.