UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

King,

                     Plaintiff(s),

  -v-

City of New York, et al.,

                     Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 6 (LTS)(GWG)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* <br> _____ <br> _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus <br><br> ___ Social Security |
| ___ Settlement* (Principals to participate as required by Magistrate Judge) | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion: _____ |
| ___ Inquest After Default/Damages Hearing | All such motions: ____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
             April 11, 2008

                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: APR 1 1 2008]