UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SHAMEL KING,

                                         Plaintiff,

- against -

THE CITY OF NEW YORK, CAPTAIN FULTON,
LIEUTENANT CHRISTOPHER COLL, SERGEANT
BOWEN, POLICE OFFICER OKROKOTO, DETECTIVE
THOMAS DONOHUE, DETECTIVE WILLIAM
MARTIN, DETECTIVE OSVALDO ROSADO,
DETECTIVE JEREMY DEMARCO AND DETECTIVE
MEGAN O'MALLEY,

                                         Defendants.

------------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

08 CV 0006 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 3 0 2008

      **WHEREAS**, plaintiff commenced this action by filing a complaint on or about January 2, 2008, alleging that defendants violated plaintiff's federal civil and state common law rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1.     The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of Twenty Thousand ($20,000.00) Dollars in full satisfaction of all claims, including for attorney's fees, costs and expenses. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants, and to release defendants, and any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that defendants have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       June ____, 2008

Izabel Olszowa Garcia, Esq.
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, NY 11242

By: _____
    IZABEL OLSZOWA GARCIA (2844)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants City of New York,
Detective DeMarco and Detective O'Malley
100 Church Street, Room 3-189
New York, New York 10007
(212) 788-8976

By: _____
    JOHANA CASTRO (JC 1809)
    Assistant Corporation Counsel

SO ORDERED: The Clerk of Court is respectfully requested to close this case.

_____ 6/30/2008
U.S.D.J.